IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METROPOLITAN EDISON COMPANY; and<br>PENNSYLVANIA ELECTRIC COMPANY,<br><br>        Plaintiffs<br><br>    vs.<br><br>PENNSYLVANIA PUBLIC UTILITY<br>  COMMISSION;<br>ROBERT F. POWELSON;<br>JOHN F. COLEMAN, JR.;<br>PAMELA A. WITMER;<br>WAYNE E. GARDNER; and<br>JAMES H. CAWLEY in their<br>  official capacities as<br>  Commissioners of the Pennsylvania<br>  Public Utility Commission,<br><br>        Defendants<br>    and<br><br>OFFICE OF SMALL BUSINESS<br>  ADVOCATE;<br>MET-ED INDUSTRIAL USERS GROUP;<br>and PENELEC INDUSTRIAL CUSTOMER<br>ALLIANCE,<br><br>        Intervenor-Defendants | Civil Action<br>No. 11-cv-04474 |

**O R D E R**

NOW, this 30th day of September, 2013, upon consideration of Defendants' Amended Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed December 21, 2012 (Document 50); upon consideration of the, pleadings, briefs, and record papers in this matter; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that the within motion is granted.

IT IS FURTHER ORDERED that the Amended Complaint for Declaratory and Injunctive Relief filed August 29, 2011 (Document 14) is dismissed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

                    BY THE COURT:

                    /s/ James Knoll Gardner
                    James Knoll Gardner
                    United States District Judge