<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

METROPOLITAN EDISON COMPANY; and )
PENNSYLVANIA ELECTRIC COMPANY,      )
                                    )
                 Plaintiffs         )
                                    )
        vs.                         )
                                    )
PENNSYLVANIA PUBLIC UTILITY         )
   COMMISSION;                      )
ROBERT F. POWELSON;                 )
JOHN F. COLEMAN, JR.;               )
PAMELA A. WITMER;                   )    Civil Action
WAYNE E. GARDNER; and               )    No. 11-cv-04474
JAMES H. CAWLEY in their            )
   official capacities as           )
   Commissioners of the Pennsylvania )
   Public Utility Commission,       )
                                    )
                 Defendants         )
          and                       )
                                    )
OFFICE OF SMALL BUSINESS            )
   ADVOCATE;                        )
MET-ED INDUSTRIAL USERS GROUP;      )
and PENELEC INDUSTRIAL CUSTOMER     )
ALLIANCE,                           )
                                    )
                 Intervenor-Defendants )

## O R D E R

NOW, this 30th day of September, 2013, upon

consideration of Defendants' Amended Motion to Dismiss Pursuant

to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed

December 21, 2012 (Document 50); upon consideration of the,

pleadings, briefs, and record papers in this matter; and for the

reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that the within motion is granted.

IT IS FURTHER ORDERED that the Amended Complaint for Declaratory and Injunctive Relief filed August 29, 2011 (Document 14) is dismissed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge